PAUL MARTIN, MICHAEL GIULIANO, FRANK PETRUCCI AND JEAN FRATELLO, PLAINTIFFS-APPELLANTS, v. JULIA MAZZIOTTI, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued June 30, 1952—Decided July 10, 1952.

Before Judges EASTWOOD, STEIN and CLEARY.

*Mr. Victor H. Miles* argued the cause for the plaintiffs-appellants.

*Mr. Charles Blume* argued the cause for the defendant-respondent.

PER CURIAM. The judgment will be affirmed for the reasons expressed in the opinion of Judge Colie in the Law Division, reported in 17 *N. J. Super.* 302 (*Law Div.* 1952).